UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LEONIDAS BIMENYIMANA AND GREGOIRE NYAMINANI, *et al.*, )<br><br>Petitioner, )<br><br>v. )<br>)<br>JOSEPH HIGGS, JR., Superintendent, Rappahannock Regional Jail, *et al.*, )<br><br>Respondents. ) | Case Nos. 1:09cv721 (TSE/TCB)<br>          1:09cv773 (TSE/TCB) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Comes now the Plaintiff, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) files this voluntary dismissal without prejudice, stating as follows:

1. Petitioner Bimenyimana filed a Petition for Writ of Habeas Corpus with this Court on June 30, 2009 in case number 1:09cv721.

2. Petitioner Gregoire Nyaminani filed a Petition for Writ of Habeas Corpus with this Court on July 14, 2009 in case number 1:09cv773.

3. On October 9, 2009, Petitioner Bimenyimana filed a Motion for Consolidation of Cases.

4. On October 28, 2009, Petitioner Bimenyimana and the Respondents filed a Consent Order for Consolidation.

5. At a hearing on November 13, 2009, The Honorable T.S. Ellis, III consolidated the cases of Petitioner Bimenyimana and Petitioner Nyaminani.

6.      On November 12, 2009, Respondents filed a Notice of Second Related Case alleging that the Petitions for Writs of Habeas Corpus filed by Petitioners Bimenyimana and Nyaminani related to a Complaint filed by Petitioners Bimenyimana, Nyaminani, and Francois Karake in the United States District Court for the District of Columbia, case number 1:09cv2082 (RMU).

7.      At the hearing on November 13, 2009, discussion occurred regarding voluntary dismissal of the case or a stay of the case pending the outcome of the District of Columbia case.

8.      At this time, Plaintiff wishes to voluntarily dismiss this case without prejudice.

Respectfully submitted,

_____/s/_____

Ofelia Lee Calderon, VSB 76566
Attorney for Leonidas Bimenyimana
Marks, Calderon, Derwin & Racine PLC
3300 N. Fairfax Drive
Suite 201
Arlington, VA 22201
Tel (703) 248-9000
Fax (703) 248-0039
ofelia@mcdrlaw.com

_____/s/_____
Jeffrey B. O'Toole
Danya A. Dayson
O'Toole, Rothwell, Nassau & Steinbach
1350 Connecticut Avenue, N.W., Suite 200
Washington, D.C.  20036
(202) 775-1550

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of November, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF, which will then send a notification of such filing (NEF) to the following:

Leslie Bonner McClendon
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
703-299-3700
Leslie.mcclendon@usdoj.gov

Gordon D. Kromberg
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
703-299-3700
Gordon.kromberg@usdoj.gov

Bradley R. Miliauskas
Alston & Bird, LLP
950 F Street, NW
Washington, D.C. 20004-1404
202-756-3405
Bradley.miliauskas@alston.com

                                              /s/

                                     Ofelia Lee Calderon, VSB 76566
                                     Attorney for Leonidas Bimenyimana
                                     Marks, Calderon, Derwin & Racine PLC
                                     3300 N. Fairfax Drive
                                     Suite 201
                                     Arlington, VA 22201
                                     Tel (703) 248-9000
                                     Fax (703) 248-0039